# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| SAMANTHA L. SIMISON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:22-cv-00081-AGF ) |
| MARTIN O'MALLEY,<br>Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the Memorandum and Order issued herein on this day.

**IT IS HEREBY ORDERED**, **ADJUDGED**, **and DECREED** that the decision of the Commissioner is **REVERSED**, and this case is **REMANDED**.

Dated this 1st day of March, 2024.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE